UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK MOSES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>GABRIEL FEDIDA, FEI ENTERPRISES INC., a California Corporation, WEST ADAM PROPERTY, LLC, a California limited liability company, and DOES 1 through 50,,<br><br>    Defendant(s) | Case No. 2:18-cv-2278 JAK (ASx)<br><br>**JUDGMENT**<br><br>**JS-6: Case Closed** |

On December 12, 2018, this Court issued a Ruling and Order thereon GRANTING all defendants' motion to dismiss plaintiff's operative complaint on the ground that it failed to state a claim against any defendant as explicated in the moving papers and the Court's Ruling of 12/12/18. In the same Ruling, the Court afforded Plaintiff Jack Moses a final opportunity to file a viable complaint, by January 2, 2019. The Court ordered defendants to file a [proposed] judgment by January 9, 2019 if no amended complaint was timely filed.

    Plaintiff failed to file a second-amended complaint by the Court's deadline. As set forth in this Court's Ruling of December 12, 2018, Plaintiff's first-

amended complaint fails state any legally viable claims against the Defendants. Thus, Defendants are entitled to a Judgment on Plaintiff's action as a matter of law.

Therefore, the Court hereby enters final judgment in this action in favor of Defendants FEI Enterprises, Inc., West Adam Property, LLC., and Gabriel Fedida, and against Plaintiff Jack Moses. Plaintiff shall take nothing by way of his complaint. This Court further orders that Plaintiff pay Defendants Costs pursuant to Federal Rule of Civil Procedure 54(d)(1) as prevailing parties, and reasonable attorney's fees pursuant to 17 U.S.C. §505.

IT IS SO ORDERED AND ADJUDGED.

Date: January 14, 2020  _____

JOHN A. KRONSTADT,
UNITED STATES DISTRICT JUDGE